

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2018

No. 04-17-00716-CV

Samuel R. **BUILTA** aka Sam Builta Individually and dba Technical Services System,
Appellants

v.

**PARAGON, INC.,**
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 393227
Honorable Karen Crouch, Judge Presiding

# O R D E R

After we granted the court reporter's first request for an extension of time to file the reporter's record, the record was due on February 8, 2018. *See* TEX. R. APP. P. 35.3(c). The next day, court reporter Herminia Torres notified this court that Appellant has not yet paid for the record but that Appellant indicated he would do so.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee. If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due THIRTY DAYS after Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2018.



KEITH E. HOTTLE,
Clerk of Court